# EXHIBIT 2

CT Corporation

# Service of Process Transmittal

01/24/2019
CT Log Number 534797342

**TO:** DONNA HAMPSON
Kronos Incorporated
900 CHELMSFORD STREET
LOWELL, MA 01851

**RE:** **Process Served in Illinois**

**FOR:** Kronos Incorporated (Domestic State: MA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CHARLENE FIGUEROA AND JERMAINE BURTON, ETC., PLTFS. vs. KRONOS INCORPORATED, DFT. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT, CERTIFICATE, ATTACHMENT(S) |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Judicial District, IL<br>Case # 2019CH00744 |
| **NATURE OF ACTION:** | VIOLATION OF 740 ILCS 14/1, ET SEQ |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/24/2019 at 20:00 |
| **JURISDICTION SERVED :** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | WITHIN 30 DAYS AFTER SERVICE OF THIS SUMMONS, NOT COUNTING THE DAY OF SERVICE |
| **ATTORNEY(S) / SENDER(S):** | James B. Zouras<br>Stephan Zouras, LLP<br>100 N. Riverside Plaza, Suite 2150<br>Chicago, IL 60606<br>312-233-1550 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/25/2019, Expected Purge Date: 01/30/2019<br><br>Image SOP<br><br>Email Notification, DONNA HAMPSON donna.hampson@kronos.com<br><br>Email Notification, Alyce Moore amoore@kronos.com<br><br>Email Notification, Debbie Henderson debbie.henderson@kronos.com<br><br>Email Notification, Rob Steinberg rsteinberg@kronos.com<br><br>Email Notification, DONNA HAMPSON donna.hampson@kronos.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CT Corporation

**Service of Process Transmittal**
01/24/2019
CT Log Number 534797342

**TO:** DONNA HAMPSON
Kronos Incorporated
900 CHELMSFORD STREET
LOWELL, MA 01851

**RE:** **Process Served in Illinois**

**FOR:** Kronos Incorporated (Domestic State: MA)

Chicago, IL 60604

**TELEPHONE:** 312-345-4336



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | |
|---|---|
| **2120 - Served** | **2121 - Served** |
| **2220 - Not Served** | **2221 - Not Served** |
| **2320 - Served By Mail** | **2321 - Served By Mail** |
| **2420 - Served By Publication** | **2421 - Served By Publication** |

**Summons - Alias Summons** **(08/01/18) CCG 0001 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Charlene Figueroa and Jermaine Burton

(Name all parties)

v.

Kronos, Incorporated

Case No. 2019CH00744

☑ **SUMMONS** ☐ **ALIAS SUMMONS**

Kronos Incorporated
CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL 60604

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons,** not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

Atty. No.: 43734

Atty Name: James B. Zouras

Atty. for: Plaintiffs

Address: 100 N. Riverside Plaza, Suite 2150

City: Chicago

State: IL Zip: 60606

Telephone: 312-233-1550

Primary Email: jzouras@stephanzouras.com

Witness: ______________________

1/18/2019 2:38 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: __________
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 1/18/2019 2:38 PM 2019CH00744

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

DIE DATE
02/11/2019

* 0 2 9 9 5 1 4 1 *

SERVICE INF
C T CORP

DOC.TYPE: CHANCERY
CASE NUMBER: 2019XH00744
DEFENDANT
KRONOS INCORPORATED
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

ATTACHED

**2120 - Served** **2121 - Served**
**2220 - Not Served** **2221 - Not Served**
**2320 - Served By Mail** **2321 - Served By Mail**
**2420 - Served By Publication** **2421 - Served By Publication**
**Summons - Alias Summons** **(08/01/18) CCG 0001 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Charlene Figueroa and Jermaine Burton

(Name all parties)

v.

Kronos, Incorporated

Case No. 2019CH00744

Kronos Incorporated
CT Corporation
208 S. LaSalle St., Suite 814
Chicago, IL 60604

☑ **SUMMONS** ☐ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

FILED DATE: 1/18/2019 2:38 PM 2019CH00744

**E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp, or talk with your local circuit clerk's office.**

Atty. No.: 43734

Atty Name: James B. Zouras

Atty. for: Plaintiffs

Address: 100 N. Riverside Plaza, Suite 2150

City: Chicago

State: IL Zip: 60606

Telephone: 312-233-1550

Primary Email: jzouras@stephanzouras.com

Witness: ______________________

1/18/2019 2:38 PM DOROTHY BROWN

DOROTHY BROWN, Clerk of Court

Date of Service: ____________
(To be inserted by officer on copy left with Defendant or other person):

FILED DATE: 1/18/2019 2:38 PM 2019CH00744

# CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

**Daley Center Divisions/Departments**

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**DOC.TYPE:** CHANCERY
**CASE NUMBER:** 2019XH00744
**DEFENDANT**
KRONOS INCORPORATED
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

**DIE DATE**
**02/11/2019**

**SERVICE INF**
C T CORP

ATTACHED