# EXHIBIT 3

Hearing Date: 5/20/2019 10:00 AM - 10:00 AM
Courtroom Number: 2510
Location: District 1 Court
Cook County, IL

FILED
2/19/2019 3:53 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2019CH00744

FILED DATE: 2/19/2019 3:53 PM 2019CH00744

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

CHARLENE FIGUEROA, et al.
Plaintiff

v.

KRONOS INCORPORATED
Defendant

No. 2019 CH 00744

Calendar: 08

# APPEARANCE

☑ GENERAL APPEARANCE — 0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE; 0904 - APPEARANCE FILED - FEE WAIVED

☐ JURY DEMAND — 1900 - APPEARANCE & JURY DEMAND - FEE PAID; 1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of: ☐ Plaintiff ☑ Defendant

Kronos Incorporated

(Insert litigant's name.)

/s/ Melissa A. Siebert
Signature

☑ INITIAL COUNSEL OF RECORD ☐ PRO SE
☐ ADDITIONAL APPEARANCE ☐ SUBSTITUTE APPEARANCE

A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court to be in default.

☑ Atty. No.: 46365 ☐ Pro Se 99500

(Please complete the following contact information.)

Name: BAKER & HOSTETLER LLP
Atty. for: Kronos Incorporated
Address: 191 N Wacker Dr, Suite 3100
City/State/Zip: Chicago, IL 60606
Telephone: 312-416-6200
Primary Email: msiebert@bakerlaw.com
Secondary Email: mneubeck@bakerlaw.com
Tertiary Email:

**Pro Se Only:** ☐ I have read and agree to the terms of the Clerk's Office Electronic Notice Policy and choose to opt in to electronic notice from the Clerk's office for this case at this email address:

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**