# EXHIBIT 5




# Corporations Division

## Business Entity Summary

**ID Number: 042640942** Request certificate New search

**Summary for: KRONOS INCORPORATED**

| | |
|---|---|
| **The exact name of the Domestic Profit Corporation:** KRONOS INCORPORATED | |
| **The name was changed from:** KRONOS INC. **on** 03-30-1979 | |
| **Merged with** KRONOS/ST CORPORATION **on** 01-30-1998<br>**Merged with** CROSSWIND TECHNOLOGIES, INC. ( **on** 05-28-1999<br>**Merged with** CROWWWIND TECHNOLOGIES, INC. ( **on** 05-28-1999<br>**Merged with** SEAHAWK MERGER SUB CORPORATION **on** 06-11-2007<br>**Merged with on** 06-11-2007<br>**Merged with** CLARITYMATTERS, INC. (Note: Entity is not registered in Massachusetts) **on** 08-12-2009<br>**Merged with** TIME CONTROLS, INC. (Note: Entity is not registered in Massachusetts) **on** 08-12-2009<br>**Merged with** TIMEWORKS, INC. (Note: Entity is not registered in Massachusetts) **on** 08-12-2009<br>**Merged with** PRINCIPAL DECISIONS SYSTEMS INTERNATIONAL (Note: Entity is not registered in Massachusetts) **on** 09-30-2011 | |
| **Entity type:** Domestic Profit Corporation | |
| **Identification Number:** 042640942 | **Old ID Number:** 000071541 |
| **Date of Organization in Massachusetts:**<br>10-31-1977 | |
| | **Last date certain:** |
| **Current Fiscal Month/Day:** 09/30 | **Previous Fiscal Month/Day:** 09/30 |

**The location of the Principal Office:**

Address: 900 CHELMSFORD STREET

City or town, State, Zip code, Country: LOWELL, MA 01851 USA

**The name and address of the Registered Agent:**

Name: C T CORPORATION SYSTEM

Address: 155 FEDERAL ST., SUITE 700

City or town, State, Zip code, Country: BOSTON, MA 02110 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|

| | | |
|---|---|---|
| PRESIDENT | CHRIS TODD | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |
| TREASURER | JOHN BUTLER | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |
| SECRETARY | CHRIS TODD | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |
| CEO | ARON AIN | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |
| DIRECTOR | ALYCE MOORE | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |
| DIRECTOR | JOHN BUTLER | 900 CHELMSFORD STREET LOWELL, MA 01851 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| PWP | $ 0.01 | 1 | $ 0.01 | 0 |
| CWP | $ 0.01 | 1,000 | $ 10.00 | 100 |

☐ **Consent** ☐ **Confidential Data** ☐ **Merger Allowed** ☐ **Manufacturing**

**View filings for this business entity:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application For Revival
Articles of Amendment
Articles of Charter Surrender

View filings

**Comments or notes associated with this business entity:**

New search