UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Charlene Figueroa, et al.
                Plaintiff,

v.                                      Case No.: 1:19−cv−01306
                                                    Honorable Gary Feinerman

Kronos Incorporated
                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 28, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to transfer, consolidate, and appoint interim counsel [37] is granted. The court recommends to the Executive Committee that Marshall v. Kronos Inc., 19 C 1511, be reassigned from Judge Kocoras's calendar to Judge Feinerman's calendar pursuant to Local Rule 40.4. Upon reassignment, The Figueroa case (19 C 1306) and Marshall case (19 C 1511) will be consolidated under Civil Rule 42(a), and Jay Edelson of Edelson PC and James B. Zouras of Stephan Zouras LLP will be appointed interim counsel pursuant to Civil Rule 23(g)(3).Mailed notice.(jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.