**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 19-cv-01306 |
| v. | ) ) | Hon. Gary S. Feinerman |
| KRONOS INCORPORATED, a Delaware corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |
| QUATISHA MARSHALL and ART ARCANGELO, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 19-cv-01511 |
| v. | ) ) | Hon. Gary S. Feinerman |
| KRONOS INCORPORATED, a Massachusetts corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |

***MARSHALL* PLAINTIFFS' MOTION FOR LEAVE TO FILE
*INSTANTER* SURREPLY TO *FIGUEROA* PLAINTIFFS'
REPLY IN SUPPORT OF MOTION TO TRANSFER,
CONSOLIDATE, AND APPOINT INTERIM COUNSEL**

Plaintiffs Quatisha Marshall and Art Arcangelo ("*Marshall* Plaintiffs"), by and through their undersigned attorneys ("Marshall Counsel"), hereby seek leave to file *instanter* a brief surreply in response to assertions made in the Reply in Support of Motion to Transfer, Consolidate, and Appoint Interim Counsel filed by counsel for Charlene Figueroa and Jermane Burton ("Figueroa Counsel") on September 10, 2019. (Dkt. 82). In support of their Motion, the *Marshall*

1

Plaintiffs state as follows:

1.  On April 29, 2019, the *Figueroa* Plaintiffs filed their Motion to Transfer, Consolidate, and Appoint Interim Counsel ("Motion to Consolidate"), and asked the Court to combine the above captioned cases and appoint Edelson P.C. and Stephan Zouras, LLP as interim class counsel. (Dkt. 37-38).

2.  On August 27, 2019, *Marshall* Plaintiffs filed their Response to the Motion. (Dkt. 75.) In their Response, *Marshall* Plaintiffs argued that the Court should appoint Marshall Counsel interim class counsel, or in the alternative, that the Court should appoint both Marshall Counsel and Figueroa Counsel, or an attorney from each such group, as co-lead counsel. (Dkt. 75 at 1.)

3.  On September 10, 2019, Figueroa counsel filed its Reply Brief in Support of the Motion to Consolidate. (Dkt. 82) ("Reply"). Unfortunately, the Reply contains numerous factual and legal inaccuracies regarding the development of BIPA employment litigation and Marshall Counsel's class settlements, and also includes false and inflammatory statements about Marshall Counsel generally. (Dkt. 82).

4.  Because *Marshall* Plaintiffs would otherwise have no opportunity to respond to the material omissions, misstatements, and falsehoods in the Reply, *Marshall* Plaintiffs seek leave to file the attached Surreply to correct the record and to provide the Court a more complete and accurate understanding of facts relevant to the issues raised in the pending Motion to Consolidate.

WHEREFORE, Plaintiffs Quatisha Marshall and Art Arcangelo respectfully request that this Court enter an Order granting this Motion for Leave and permitting them to file *instanter* the attached Surreply to Figueroa Plaintiffs' Reply in Support of Motion to Transfer, Consolidate, and Appoint Interim Counsel, and for any such further relief as the Court may deem appropriate.

Dated: September 13, 2019

Respectfully submitted,

QUATISHA MARSHALL and ART ARCANGELO, individually and on behalf of classes of similarly situated individuals

By: /s/ Myles McGuire
      One of *Marshall* Plaintiffs' Attorneys

Myles McGuire
Evan M. Meyers
David L. Gerbie
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com
jsheikali@mcgpc.com

*Attorneys for Marshall Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on September 13, 2019, I caused the foregoing *Marshall Plaintiffs' Motion for Leave to File Instanter Surreply to Figueroa Plaintiffs' Reply in Support of Motion to Transfer, Consolidate and Appoint Interim Counsel* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                                                        /s/ Jad Sheikali