IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>KRONOS INCORPORATED, a Delaware corporation,<br><br>    *Defendant*. | Case No. 1:19-cv-01306<br><br>Honorable Gary M. Feinerman |

**PLAINTIFFS' MOTION TO REDACT MINORS' PERSONAL INFORMATION**

Pursuant to Federal Rule of Civil Procedure 5.2(e)(1), Plaintiffs Charlene Figueroa and Jermaine Burton hereby move the Court to order the redaction of the names and dates of birth of the minor children of one of their attorneys. In support of their motion, they state as follows:

1. Federal Rule of Civil Procedure 5.2(a) provides for the redaction of minors' names and dates of birth. While that rule does not apply to "the record of a court or tribunal," the Court can require the redaction of such information for good cause. Fed. R. Civ. P. 5.2(b), (e).

2. Exhibits 7, 8, and 10 to the *Marshall* Plaintiffs' Surreply, (dkt. 87), contain the full names and/or dates of birth of Jay Edelson's minor children. The information appears in court filings in Mr. Edelson's divorce case, which, unlike federal court documents, are not available to the public via remote electronic access. *See* Cook County General Admin. Order No. 2014-02 (amended June 13, 2016), ¶ 13(c).

3. While this information may not be subject to Rule 5.2(a), there is good cause to order its redaction here. Information about Mr. Edelson's children has no bearing whatsoever on this case. Unlike in the divorce action, the documents filed in this action are available to anyone

online. Further, if this case is certified as a class action, notice of the case may be provided to thousands of people. Continued inclusion of the minors' information on this Court's docket creates unnecessary risk to their privacy and safety.

**WHEREFORE**, Plaintiffs respectfully request that the Court order that the names and dates of birth of Mr. Edelson's minor children be redacted in the exhibits to the *Marshall* Plaintiffs' Surreply and in all future filings.

Respectfully submitted,

**CHARLENE FIGUEROA and JERMAINE BURTON**, on behalf of themselves and all others similarly situated,

Date: September 17, 2019

By: /s/ Jay Edelson
*One of Plaintiffs' attorneys*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

James B. Zouras
jzouras@stephanzouras.com
Ryan F. Stephan
rstephan@stephanzouras.com
Andrew C. Ficzko
aficzko@stephanzouras.com
Haley R. Jenkins
hjenkins@stephanzouras.com
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
Tel: 312.233.1550

## CERTIFICATE OF SERVICE

      I, Jay Edelson, an attorney, hereby certify that on September 17, 2019, I caused to be served the above and foregoing ***Plaintiffs' Motion to Redact Personal Information Pertaining to Minors*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                  /s/Jay Edelson