# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> KRONOS INCORPORATED, a Delaware corporation, <br><br> *Defendant*. | Case No. 1:19-cv-01306 <br><br> Honorable Gary M. Feinerman |

## NOTICE OF MOTION

TO:    See attached certificate of service.

**PLEASE TAKE NOTICE** that on Thursday, September 26, 2019 at 9:00 am or as soon thereafter as I may be heard, I shall appear before Honorable Judge Gary Feinerman or any judge sitting in his stead in Courtroom 2141 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the ***Plaintiffs' Motion to Redact Personal Information Pertaining to Minors***, a copy of which has been served upon you via the Court's CM/ECF filing system.

Date: September 17, 2019

By: /s/Jay Edelson
*One of Plaintiffs' attorneys*

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Eli Wade-Scott
ewadescott@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

James B. Zouras
jzouras@stephanzouras.com
Ryan F. Stephan
rstephan@stephanzouras.com
Andrew C. Ficzko
aficzko@stephanzouras.com
Haley R. Jenkins
hjenkins@stephanzouras.com
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
Tel: 312.233.1550

David Fish
dfish@fishlawfirm.com
John Kunze
kunze@fishlawfirm.com
Kimberly Hilton
khilton@fishlawfirm.com
THE FISH LAW FIRM, P.C.
200 East Fifth Avenue, Suite 123
Naperville, Illinois 60563
Tel: 630.355.7590
Fax: 630.778.0400

## **CERTIFICATE OF SERVICE**

    I, Jay Edelson, an attorney, hereby certify that on September 17, 2019, I caused to be served the above and foregoing ***Notice of Motion*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the court's CM/ECF electronic filing system.

                                                                /s/Jay Edelson