**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>KRONOS INCORPORATED, a Delaware corporation,<br><br>    *Defendant*. | Case No. 19-cv-01306<br><br>Hon. Gary Feinerman |

**DECLARATION OF STEVEN A. HART
IN SUPPORT OF THE *MARSHALL* PLAINTIFFS' SURREPLY**

I, Steven A. Hart, declare and state as follows:

1. I am a founding partner of Hart McLaughlin & Eldridge LLC. I am admitted to practice law in Illinois, New York, and before numerous U.S. District Courts, including the general and trial bars of this District. I am fully apprised of the above-captioned litigation, including the pending motion for appointment of interim class counsel. I submit this declaration in support of the appointment of Myles McGuire of McGuire Law, P.C. ("McGuire") and, myself, Steven Hart of Hart McLaughlin & Eldridge, LLC ("Hart") as Interim Class Counsel.

2. I am aware that on September 13, 2019, *Marshall* Plaintiffs' filed a Surreply to *Figueroa* Plaintiffs' Reply in Support of Motion to Transfer, Consolidate, and Appoint Interim Lead Counsel. (Dkt. 87, "Surreply").

3. On September 13, 2019, I was returning from travel outside of the country and unable to review the Surreply in detail prior to its filing.

      4.      I have now reviewed the Surreply (Dkt. 87) including of Declaration of Myles McGuire (Dkt. 87.6) in support, and I affirm that the representations made therein, including Paragraphs 2-5 concerning the negotiation efforts between myself and the Edelson Firm, are true and accurate.

Pursuant to 28 U.S.C. 1746, I declare that the foregoing is true and correct.

Executed on this 17th day of September, 2019, at Chicago, Illinois.

                                            /s/ Steven A. Hart
                                            Steven A. Hart

Steven A. Hart
Robert J. McLaughlin
John Marrese
Hart McLaughlin & Eldridge LLC
22 W. Washington St., # 1600
Chicago, IL 60602
Tel: (312) 955-0545
shart@hmelegal.com
rmclaughlin@hmelegal.com
jmarrese@hmelegal.com

## CERTIFICATE OF SERVICE

I hereby certify that, on September 17, 2019, I caused the foregoing *Declaration of Steven A. Hart in Support of the Marshall Plaintiffs' Surreply* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Jad Sheikali