# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 19-cv-01306 |
| v. | ) ) | Hon. Gary S. Feinerman |
| KRONOS INCORPORATED, a Delaware corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |
| _____ | ) | |
| QUATISHA MARSHALL and ART ARCANGELO, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | No. 19-cv-01511 |
| v. | ) ) | Hon. Gary S. Feinerman |
| KRONOS INCORPORATED, a Massachusetts corporation, | ) ) ) ) | |
| *Defendant*. | ) ) | |
| _____ | ) | |

### *MARSHALL* PLAINTIFFS' NOTICE OF WITHDRAWAL OF SUR-REPLY

Plaintiffs Quatisha Marshall and Art Arcangelo, through their undersigned counsel, hereby withdraw the *Marshall* Plaintiffs' Sur-Reply in Support of Motion to Transfer, Consolidate, and Appoint Interim Counsel (Dkt. 87), and all exhibits attached thereto (Dkts. 87-1 to 87-10).

Dated: November 25, 2019

Respectfully submitted,

QUATISHA MARSHALL and ART ARCANGELO, individually and on behalf of classes of similarly situated individuals

By: /s/ Myles McGuire
    One of *Marshall* Plaintiffs' Attorneys

Myles McGuire
Evan M. Meyers
David L. Gerbie
Jad Sheikali
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
dgerbie@mcgpc.com
jsheikali@mcgpc.com

*Attorneys for Marshall Plaintiffs*

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 25, 2019, I caused the foregoing *Marshall Plaintiffs' Notice of Withdrawal of Sur-Reply* to be electronically filed with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

                                     /s/ Jad Sheikali