IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KRONOS INCORPORATED,<br><br>　　　　Defendant. | Case No. 1:19-cv-01306<br><br>Hon. Gary M. Feinerman |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

Plaintiffs Charlene Figueroa and Jermain Burton ("Plaintiffs"), by and through counsel, respectfully request that the Court grant them leave to file supplemental authority in support of their Response in Opposition to Defendant's Rule 12(b)(6) Motion to Dismiss ("Response").

　　1.　　On April 15, 2019, Defendant Kronos, Incorporated ("Kronos" or "Defendant") filed a Rule 12(b)(6) Motion to Dismiss. (D.E. 29).

　　2.　　Defendant Kronos, in its Motion to Dismiss, argued, among other things, that Plaintiffs' Biometric Information Privacy Act ("BIPA"), 740 ILCS 14/1 et seq., claims must be dismissed due to Plaintiffs' failure to plead Defendant's negligence, recklessness, or intent in violating the statute. (D.E. 30.)

　　3.　　On May 21, 2019, Plaintiffs filed their Response in Opposition to Defendant's Motion to Dismiss. (D.E. 50.)

　　4.　　On June 11, 2019, Defendant filed its Reply in Support of its Motion to Dismiss. (D.E. 62).

5.     On November 20, 2019, the Circuit Court of Cook County issued a decision in *Woodard v. Dylan's Candybar LLC*, No. 2019-CH-05158 (Cir. Ct. Cook Cty. Nov. 20, 2019), denying defendant's motion to dismiss plaintiff's claims arising under BIPA, holding the plaintiff was not required to plead actual damages when seeking liquidated damages for violations of BIPA. *See* Exhibit A – Memorandum Opinion & Order.

6.     Plaintiffs respectfully suggests this decision may be persuasive for issues raised in Defendant's motion to dismiss and Plaintiffs' response in opposition.

WHEREFORE, Plaintiffs respectfully requests this Honorable Court enter an Order granting them leave to file supplemental authority in support of their Response in Opposition to Defendant's Motion to Dismiss.

Date:   November 26, 2019            Respectfully Submitted,

*/s/ Haley R. Jenkins*
Haley R. Jenkins
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza
Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
hjenkins@stephanzouras.com

**ONE OF PLAINTIFF'S ATTORNEYS**