UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Charlene Figueroa, et al.
                            Plaintiff,

v.                                         Case No.: 1:19−cv−01306
                                                  Honorable Gary Feinerman

Kronos Incorporated
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 2, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Motion for leave to file supplemental authority [99] is denied as moot. Motion for leave to file supplemental authority [101] is granted. Motion hearing [100], [102] date of 12/17/2019 is stricken. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.