

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                    **312-435-5670**
Clerk

Date 8/7/2020

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W. Washington Street
Chicago, IL  60602

Re:  Figueroa et al v. Kronos Incorporated
USDC Case Number:  19-CV-1306
Circuit Court Case Number:  2109CH00744

Dear Clerk:

A certified copy of an order entered on 7/24/2020 by the Honorable Gary Feinerman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,
Thomas G. Bruton, Clerk

By: /s/ *S. Bodnarchuk*
        Deputy Clerk

Enclosure(s)

Rev. 10/05/2016