# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) No. 1:19-CV-01306 ) ) Judge Gary Feinerman |
| v. | ) ) |
| KRONOS INCORPORATED, | ) ) |
| Defendant. | ) ) |

## KRONOS' MOTION TO COMPEL DISCOVERY

Defendant Kronos Incorporated ("Kronos") hereby moves to compel discovery from Plaintiffs Charlene Figueroa and Jermaine Burton. In support hereof, Kronos is contemporaneously filing a supporting Memorandum of Law.

WHEREFORE, Kronos Incorporated respectfully requests that the Court grant this motion and enter an order compelling Plaintiffs to respond to discovery and granting such other relief as the Court deems appropriate.

Dated: September 29, 2020

Respectfully submitted,

By: */s/ Erin Bolan Hines*
*One of Defendant's Attorneys*

Melissa A. Siebert (masiebert@shb.com)
Erin Bolan Hines (ehines@shb.com)
SHOOK HARDY AND BACON, L.L.P.
111 S. Wacker Dr. 4700
Chicago, IL 60606
Tel.: 312.704.7700
Fax: 312.558.1195

Debra Bernard (dbernard@perkinscoie.com)
PERKINS COIE L.L.P.
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603

Tel.: (312) 324-8559
Fax: (312) 324-9400

*Attorneys for Defendant Kronos Incorporated*

2

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on September 29, 2020, she caused a true and correct copy of the foregoing **Kronos' Motion to Compel Discovery** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ *Melissa A. Siebert*