# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated, | ) ) ) |
| | ) Case No. 19-cv-01306 |
| Plaintiffs, | ) |
| | ) |
| v. | ) Judge Gary Feinerman |
| | ) |
| KRONOS INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR UNOPPOSED REASSIGNMENT AND CONSOLIDATION
## PURSUANT TO F.R.C.P. 42(A)(2) AND LOCAL RULE 40.4

Pursuant to Federal Rule of Civil Procedure 42(a)(2) and Local Rule 40.4, Kronos Incorporated ("Kronos") moves to reassign and consolidate *Figueroa v. Kronos Incorporated*, Case No. 1:20-CV-07112 (N.D. Ill.) ("*Figueroa II*") with the above-captioned case ("*Figueroa I*"). In support hereof, Kronos is contemporaneously filing a supporting Memorandum of Law. Plaintiffs' counsel does not oppose the reassignment of *Figueroa II* to Judge Feinerman and the consolidation of *Figueroa I* and *II*.

WHEREFORE, Kronos Incorporated respectfully requests that the Court grant this motion and enter an order reassigning *Figueroa II* to Judge Feinerman's calendar, consolidating *Figueroa II* with *Figueroa I*, and granting such other relief as the Court deems appropriate.

Dated: December 7, 2020                   Respectfully submitted,

By: */s/ Melissa A. Siebert*
      *One of Defendant's Attorneys*

Melissa A. Siebert (masiebert@shb.com)
Erin Bolan Hines (ehines@shb.com)
SHOOK HARDY AND BACON, L.L.P.
111 S. Wacker Dr. Suite 4700
Chicago, IL 60606
Tel.: 312.704.7700

Fax: 312.558.1195

Debra Bernard (dbernard@perkinscoie.com)
PERKINS COIE L.L.P.
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603
Tel.: (312) 324-8559
Fax: (312) 324-9400

*Attorneys for Defendant Kronos Incorporated*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on December 7, 2020, she caused a true and correct copy of the foregoing **Motion for Unopposed Reassignment and Consolidation Pursuant to F.R.C.P. 42(a)(2) and Local Rule 40.4** to be filed electronically. Notice of this filing will be sent to all parties registered on this Court's ECF system by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Melissa A. Siebert*
Melissa A. Siebert