## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Figueroa v. Kronos

Case Number: 19-cv-1306

An appearance is hereby filed by the undersigned as attorney for:

Third Party: Sabrina Bedford

Attorney name (type or print): Ryan F. Stephan

Firm: Stephan Zouras, LLP

Street address: 100 N. Riverside Plaza, Suite 2150

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6273101
(See item 3 in instructions)

Telephone Number: 312-233-1550

Email Address: rstephan@stephanzouras.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☑ No |

If this is a criminal case, check your status.

- ☐ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/25/2021

Attorney signature: S/ Ryan F. Stephan
(Use electronic signature if the appearance form is filed electronically.)