# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLENE FIGUEROA and JERMAINE BURTON, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>KRONOS INCORPORATED,<br><br>*Defendant.* | Case No. 1:19-cv-01306<br><br>Honorable Gary S. Feinerman |

### DECLARATION OF J. ELI WADE-SCOTT
### IN SUPPORT OF PLAINTIFFS' MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am an attorney admitted to practice before the Supreme Court of the State of Illinois and the Northern District of Illinois. I am over the age of eighteen years old. I am entering this Declaration in support of Plaintiffs' Motion for and Memorandum in Support of Final Approval of Class Action Settlement. This Declaration is based upon my personal knowledge except where expressly noted otherwise. If called upon to testify to the matters stated herein, I could and would competently do so.

2. I am a partner at Edelson PC, which has been retained to represent Plaintiff Jermaine Burton in this matter. I have been appointed Class Counsel on behalf of the Settlement Class, along with Jay Edelson of Edelson PC and Ryan Stephan and James Zouras of Stephan Zouras, LLP.[1]

---

[1] Except as otherwise indicated, all defined terms used in this Declaration shall have the same meanings ascribed to them in the proposed Class Action Settlement Agreement.

1

2

3. The written Settlement Agreement provided to the Court represents the entirety of the parties' proposed Settlement.

4. I believe that the Settlement is in the best interest of the Settlement Class. For the reasons discussed in Plaintiffs' motion for final approval, the Settlement provides outstanding monetary and prospective relief without the uncertainty and delay that years of additional litigation would bring.

\* \* \*

I declare under penalty of the perjury that the foregoing is true and correct. Executed on December 15, 2022 at Chicago, Illinois.

/s/ J. Eli Wade-Scott