UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Charlene Figueroa, et al.
                              Plaintiff,

v.                                                     Case No.: 1:19−cv−01306
                                                                 Honorable Gary Feinerman

Kronos Incorporated
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. For the reasons stated on the record, Plaintiffs' motion for attorneys' fees, expenses, and incentive awards [374] and Plaintiffs' motion for final approval of class action settlement [377] are granted. Enter order. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.